**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 14 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06cr155-MHT |
| v. ) | [18 USC 922(g)(1); |
| ) | 18 USC 924(e)(1)] |
| QUINTRELL MARTIN ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

On or about July 28, 2004, in Montgomery County, within the Middle District of Alabama,

QUINTRELL MARTIN,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) January 31, 2002 - Robbery in the third degree, case number CC2000-1140 in the Circuit Court of Montgomery County, Alabama;

2) April 4, 1995 - Distribution of Controlled Substances, case number JU1991-970-08 in the Circuit Court of Montgomery County, Alabama;

3) December 18, 1991 - Burglary in the first degree, case number JU1991-970-01 in the Circuit Court of Montgomery County, Alabama;

did knowingly possess in and affecting commerce firearms, to-wit: an Heckler & Koch USP .40 caliber, semi-automatic pistol, serial number 22-43466, and a Ruger P95DC 9mm semi-automatic pistol, serial number 313-75093 in violation of Title 18, United States Code, Section, 922(g)(1), and 924(e)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 924(e)(1), as alleged in Count 1 of this indictment, the defendant,

QUINTRELL MARTIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> **One Heckler & Koch USP .40 caliber, semi-automatic pistol, bearing serial number 22-43466; and**
>
> **One Ruger P95DC 9mm semi-automatic pistol, bearing serial number 313-75093.**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*/s/ Janice Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ John T. Harmon*
John T. Harmon
Assistant United States Attorney

*/s/ Verne H. Speirs*
Verne H. Speirs
Assistant Untied States Attorney