IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CASE NO. 2:06-CR-155-MHT |
| QUINTRELL MARTIN, | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance for Quintrell Martin. This appearance does not include, without further fees, any appellate matters.

Respectfully submitted this the 27th day of June, 2006.

                                                S/Bruce Maddox
                                                Bruce Maddox (MAD013)
                                                Attorney for Quintrell Martin

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted.

_____
                                                S/Bruce Maddox
                                                Of Counsel