| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 28, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:50 - 11:00 |

√ **ARRAIGNMENT**     ❑ **CHANGE OF PLEA**     ❑ **CONSENT PLEA**
❑ **RULE 44(c) HEARING**     ❑ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr155-MHT     **DEFENDANT NAME:** Quintrell Martin
**AUSA:** Verne Speirs     **DEFENDANT ATTORNEY:** Bruce Maddox

Type counsel ( )Waived; (√ )Retained; ( )CJA; ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❑ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.

❑ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ **Not Guilty**

❑ **Guilty as to:**

❑ **Count(s):**

❑ **Count(s):**          ❑ dismissed on oral motion of USA

❑ to be dismissed at sentencing

❑ Written plea agreement filed    ❑ **ORDERED SEALED**

❑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ **CRIMINAL TERM:**   11/6/06          √ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE: 6/28/06**

❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:

❑ Trial on _____; ❑ Sentencing on _____

√ Defendant remanded to custody of U. S. Marshal

❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed

❑ Defendant requests time to secure new counsel