| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:13 - 3:15 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr155-MHT | **DEFENDANT(S)**   Quintrell Martin |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Bruce Maddox |

❏ **DISCOVERY STATUS:**
    Completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
    Considering options
    Plea notice to be filed on or before noon October 25, 2006

❏ **TRIAL STATUS**
    Trial time - 3-4 days

❏ **REMARKS:**