IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr155-MHT |
| QUINTRELL MARTIN | ) | |

## ORDER

It is ORDERED that the jury selection and trial of this case, now set for November 6, 2006, are reset for October 30, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 15th day of August, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE