IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:06CR155-MHT |
| QUINTRELL MARTIN, | * | |
| Defendant | * | |

## WAIVER OF SPEEDY TRIAL BY DEFENDANT

Comes now Defendant Quintrell Martin, with counsel, and in support of his Motion to Continue, concurrently filed, waives the right to speedy trial granted by 18 U. S. Code 3161 stating the grounds stated in his aforesaid Motion for Continuance and the interests of justice outweigh the interests of himself and the government in the right to speedy trial granted by said 18 U. S. Code 3161. Defendant makes this Waiver having conferred fully with counsel, and with the undersigned counsel's concurrence. Defendant further makes this Waiver with the understanding that such a continuance may cause a delay of several months in his trial.

Respectfully submitted on this the 27th day of September, 2006.

_____
Quintrell Martin, Defendant


_____
BRUCE MADDOX (MAD013)
Attorney for Quintrell Martin

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax:  (334)269-9600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Defendant and counsel of record for the government, by placing the same in the United States mail postage prepaid or by hand delivery on this the 3rd day of October, 2006.

Verne H. Speirs, Esquire
Asst. United States Attorney
Lock Drawer 97
Montgomery, Alabama 36101-0917

_____
OF COUNSEL