IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION NO.** |
| ) | **2:06cr155-MHT** |
| **QUINTRELL MARTIN** ) | |

### ORDER

It is ORDERED that the motion to continue (doc. no. 16) is denied.

DONE, this the 3rd day of October, 2006.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**