IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:06cr155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

<u>ORDER</u>

It is ORDERED that the motion for reconsideration of denial of unopposed motion to continue (Doc. No. 19) is set for on-the-record oral argument on October 6, 2006, at 9:00 a.m. Counsel for defendant Martin is to arrange for the argument to be conducted by telephone.

DONE, this the 5th day of October, 2006.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE