# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  October 6, 2006            AT  9:12   A.M./P.M.

DATE COMPLETED  October 6, 2006            AT  9:18   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06-cr-155-MHT
          VS.

QUINTRELL MARTIN

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Bruce Maddox |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        ON THE RECORD ORAL ARGUMENT

9:12 a.m.            Oral argument commenced by telephone re [19]
                     Motion for Reconsideration of Denial of
                     Unopposed Motion to Continue and [21] Amended
                     Motion to Reconsider. Defendant's counsel
                     does not foresee a trial in this case, but
                     the defendant has state related issues that
                     have come up that may impact this case. Order
                     to issue granting 60 day extension.
9:18 a.m.            Hearing concluded.