| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 12, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:21 - 3:23 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr155-MHT | **DEFENDANT(S)** Quintrell Martin |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Bruce Maddox |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Government working on drafting plea

☐ **TRIAL STATUS**
   Trial time - 4-5 days

☐ **REMARKS:**