IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )            2:06cr155-MHT
                                    )
QUINTRELL MARTIN                    )

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on October 12, 2006 before the undersigned

Magistrate Judge.  Present at this conference were Bruce Maddox, counsel for the

defendant, and Assistant United States Attorney Verne Speirs, counsel for the

government.  As a result of the conference, it is hereby ORDERED as follows:

1.    Jury selection is set for February 5, 2007.  The trial of this case is set

      during the trial term commencing on February 5, 2007 before United

      States District Judge Myron H. Thompson and is expected to last 4 -5

      days.

2.    There are no motions currently pending.

3.    Proposed voir dire questions shall be filed on or before January 29, 2007.

      Counsel should not include questions seeking information which is

      provided in the jury questionnaire.

4.    All motions in limine shall be filed on or before January 29, 2007.

      Motions in limine must be accompanied by a brief.  Failure to file a brief

will result in denial of the motion.

5.    Proposed jury instructions shall be filed on or before January 29, 2007.

6.    The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on January 24, 2007 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on February 5, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on February 5, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE, this 17th day of October, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE