IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-155-MHT |
| ) | |
| QUINTRELL MARTIN ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Quintrell Martin, into the custody of Jennifer Rudden, ATF, and/or Tommy Conway, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, from January 4, 2007, through April 4, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Jennifer Rudden, ATF, and/or Tommy Conway, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 3rd of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

CERTIFICATE OF SERVICE

  I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/ Verne H. Speirs
                VERNE H. SPEIRS
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                verne.speirs@usdoj.gov