IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06-cr-155-MHT |
| ) | |
| QUINTRELL MARTIN ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on January 3, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Quintrell Martin, to Jennifer Rudden, ATF, and/or Tommy Conway, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, on January 4, 2007, through April 4, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jennifer Rudden, ATF, and/or Tommy Conway, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of January, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE