IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN 12 A 9:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

QUINTRELL MARTIN )
)
V. ) CRIMINAL ACTION
) CASE NO: 2:06 CT 155-MHT
UNITED STATES OF )
AMERICA )

---

MOTION REQUESTING A HEARING FOR CASE: JU-1991-970-01 BURGLARY IN THE FIRST DEGREE DOES IT APPLY FOR 924(e) PENALTY.

COMES NOW Defendant Quintrell T. Martin, files motion requesting this Honorable Court to hold a hearing on the above juvenile case which the State of Alabama classifies as a "violent felony".

## I. HISTORY AND RELEVENT FACTS

On __3-11-91__, in Montgomery County the defendant Martin was eleven years old (11 years) he and two other juveniles which are his cousins went

to a neighbors house to swim. When they knocked on the neighbors door, no one was home. Without permission they entered the neighbors home and without permission took a video game. Defendant Martin and the other juveniles knew that no one was home and was not endangering no one. More importantly, the home and video game belongs to a friend of his and family. Moreover, the juveniles had entered the back door before with the owner of the video game when his (owner) parents were at work.

## II. CONCLUSION

For the above reason, the United States uses of December 18, 1991, Burglary in the 1st degree, case: JU-1991-970-01 for it 924(e) penalty is erroneously found that Defendant Martin as violent. Therefore, Defendant Martin prays that this Honorable Court grant a hearing on the above juvenile case which the United States is characterizing him at the age of eleven years old (11 years) as violent.

Respectfully Submitted

QUINTRELL MARTIN
*/s/ Quintrell Martin*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served to the party to this cause by depositing a copy of the same in the United States mail with adequate postage addressed to:

Verne H. Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Al. 36101-197

Dated: January 10, 2007

Quintrell Martin
Montgomery City Jail
Montgomery, Alabama 36101

*[signature]*

Luntrell Martin
P.O. Box 159
Montgomery, Alabama

INMATE MAIL
Montgomery City Jail

MONTGOMERY AL 361
11 JAN 2007 PM 3 T

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711