COURTROOM DEPUTY'S MINUTES                DATE: January 12, 2007

MIDDLE DISTRICT OF ALABAMA                Digital Recording: 3:07 - 3:10

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr155-MHT**        **DEFENDANT(S) Quintrell Martin**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * * * * | Bruce Maddox |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**
   Discussions regarding pro se motion filed by defendant. Mr. Maddox states he thinks this relates to sentencing issue. Court will leave motion pending until Mr. Maddox has spoked with the defendant - either withdraw pleading or stay pending until sentencing. Mr. Maddox to advise the Court after talking with defendant

☐ **PLEA STATUS:**
   Likely plea - drafting plea agreement
   Notice of intent to change plea to be filed on or before noon on 1/24/07

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**