IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    *
                             *
            Plaintiff,       *
                             *
v.                           *        CR. NO. 2:06CR155-MHT
                             *
QUINTRELL MARTIN,            *
                             *
            Defendant.       *


## MOTION TO WITHDRAW AS ATTORNEY

Comes now the undersigned counsel and moves the Court to permit him to withdraw as attorney of record for Defendant and as grounds therefor says as follows:

1.    On Friday, January 12, 2007, undersigned counsel met with Defendant to discuss a *pro se* motion filed by Defendant and a proposed plea agreement. After discussion, counsel was instructed by Defendant to withdraw the *pro se* motion Defendant agreed to give counsel his decision on the proposed plea agreement by Tuesday, January 16, 2007.

2.    On Tuesday, January 16, 2007, Defendant notified undersigned counsel via telephone message that Defendant had changed his mind and did not want counsel to withdraw the *pro se* motion, that he is displeased with the representation provided, and defendant terminated the employment of said attorney, indicating that counsel should withdraw.

3.    Counsel prepared a Motion to Withdraw as Attorney and met with Defendant at the Montgomery City Jail at which time Defendant signed said Motion, which is attached hereto as an exhibit. Defendant refused to discuss the merits of the case or situation, simply indicating a desire to terminate the attorney-client relationship.

4.    The attorney-client relationship has broken down to the extent that undersigned counsel cannot in good faith continue representation in this cause in any event.

Respectfully submitted on this the 17th day of January, 2007.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Quintrell Martin
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2007, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

all appropriate parties.

s/Bruce Maddox
Of Counsel



EXHIBIT
_A_

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,           *
                                    *
                    Plaintiff,      *
                                    *
v.                                  *        CR. NO. 2:06CR155-MHT
                                    *
QUINTRELL MARTIN,                   *
                                    *
                    Defendant .     *


## MOTION TO WITHDRAW AS ATTORNEY

Comes now the undersigned counsel and Defendant Quintrell Martin, and move the Court to permit undersigned counsel to withdraw as attorney of record for Defendant and as grounds therefor says as follows:

1.    Defendant has notified undersigned counsel that he is displeased with the representation provided, and defendant has terminated the employment of said attorney.

2.    The attorney-client relationship has broken down to the extent that undersigned counsel cannot in good faith continue representation in this cause in any event.

3.    Defendant is aware of the schedule of this case and requests the Court to grant this Motion to Withdraw even in light of such schedule.

Respectfully submitted on this the 17th day of January, 2007.



_____
Quintrell Martin, Defendant

BRUCE MADDOX (MAD013)
Attorney for Quintrell Martin
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax:  (334)269-9600


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Defendant and

counsel of record for the government, by placing the same in the United States mail postage

prepaid or by hand delivery on this the 1?th day of January, 2007.


Verne H. Speirs, Esquire
Asst. United States Attorney
Lock Drawer 97
Montgomery, Alabama 36101-0917


OF COUNSEL