IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr155-MHT |
| QUINTRELL MARTIN | ) | |

### ORDER

It is ORDERED that defendant Quintrell Martin's motion regarding a burglary conviction (doc. no. 30) is denied with leave to renew if and when there is a conviction in this case. The motion appears to relate to sentencing.

DONE, this the 17th day of January, 2007.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE