IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )        CR. NO. 2:06cr155-MHT
    )
QUINTRELL MARTIN    )

## <u>ORDER</u>

Upon consideration of defendant attorney's motion to withdraw (Doc. # 32) filed January 17, 2007, and for good cause, it is

ORDERED that defendant shall notify the court in writing on or before January 27, 2007, whether he intends to retain new counsel (and, if so, who he has retained) to replace his current retained counsel, Bruce Maddox.  Any new counsel must file a notice of appearance in this court before the motion to withdraw will be granted.

DONE, this 18th day of January, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE