IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  2:06-cr-0155-MHT-SRW |
| | ) | |
| **QUINTRELL MARTIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as counsel representing Quintrell Martin in the above-styled cause.

Respectfully submitted this 23rd day of January, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

 I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Verne H. Speirs, AUSA<br>Post Office Box 197<br>Montgomery, AL  36101-0197 | John T. Harmon, AUSA<br>Post Office Box 197<br>Montgomery, AL  36101-0197 |

              s/ Richard K. Keith
              **OF COUNSEL**