IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**QUINTRELL MARTIN,** )<br>)<br>**Defendant.** ) | Case No. 2:06-cr-0155-MHT-SRW |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant, Quintrell Martin, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 23rd day of January, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA  
Post Office Box 197  
Montgomery, AL 36101-0197

John T. Harmon, AUSA  
Post Office Box 197  
Montgomery, AL 36101-0197

s/ Richard K. Keith  
**OF COUNSEL**