**IN THE UNITED STATES DISTRICT COURT FOR**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0155-MHT-SRW |
| ) | |
| **QUINTRELL MARTIN,** ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE JANUARY 25, 2007 CHANGE OF PLEA HEARING**

COMES NOW, the defendant, Quintrell Martin, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the January 25, 2007 Change of Plea Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. On January 23, 2007, the defendant filed his Notice of Intent to Change Plea and the Court set the same for a hearing on January 25, 2007, at 3:30 p.m.

2. The undersigned has a previously scheduled appointment at Donaldson Correctional Facility at 1:30 p.m. on Thursday, January 25, 2007, in Bessemer, Alabama.

3. Additionally, the undersigned has pre-registered and pre-paid to attend the Alabama Criminal Defense Lawyers Association (ACDLA) seminar in Birmingham, Alabama, January 25 – 26, 2007.

WHEREFORE, premises considered, the defendant moves that the January 25, 2007 Change of Plea Hearing be continued.

Respectfully submitted this 23rd day of January, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Verne Speirs, AUSA | John T. Harmon, AUSA |
| Post Office Box 197 | Post Office Box 197 |
| Montgomery, AL  36101-0197 | Montgomery, AL  36101-0197 |

        s/ Richard K. Keith
        **OF COUNSEL**