IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue change of plea hearing (Doc. # 38), filed January 23, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The change of plea hearing previously scheduled for January 25, 2007 at 3:30 p.m. be and hereby is RESCHEDULED for January 29, 2007 at 3:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 24th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE