IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CR. NO. 2:06CR155-MHT |
| | * | |
| QUINTRELL MARTIN, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW AS ATTORNEY

Comes now the undersigned counsel and moves the Court to permit him to withdraw as attorney of record for Defendant and as grounds therefor says as follows:

1. On Friday, January 12, 2007, undersigned counsel met with Defendant to discuss a *pro se* motion filed by Defendant and a proposed plea agreement. After discussion, counsel was instructed by Defendant to withdraw the *pro se* motion Defendant agreed to give counsel his decision on the proposed plea agreement by Tuesday, January 16, 2007.

2. On Tuesday, January 16, 2007, Defendant notified undersigned counsel via telephone message that Defendant had changed his mind and did not want counsel to withdraw the *pro se* motion, that he is displeased with the representation provided, and defendant terminated the employment of said attorney, indicating that counsel should withdraw.

3. Counsel prepared a Motion to Withdraw as Attorney and met with Defendant at the Montgomery City Jail at which time Defendant signed said Motion, which is attached hereto as an exhibit. Defendant refused to discuss the merits of the case or situation, simply indicating a desire to terminate the attorney-client relationship.

4. The attorney-client relationship has broken down to the extent that undersigned counsel cannot in good faith continue representation in this cause in any event.

**MOTION GRANTED**

THIS 25th DAY OF January, 2007

UNITED STATES MAGISTRATE JUDGE