| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 29, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:00 - 3:09/3:21 - 3:32 |
| | **COURT REPORTER:** Mitchell Reisner |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr155-MHT  **DEFENDANT NAME:** Quintrell Martin
**AUSA:** Verne Speirs  **DEFENDANT ATTORNEY:** Richard Keith

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ **Not Guilty**
√ **Guilty as to:**
√ **Count(s):** 1 of the Indictment
☐ **Count(s):**  ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

√ Written plea agreement filed  ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.
☐ **CRIMINAL TERM:**  ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel