IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

### **ORDER**

Upon consideration of defendant's letter dated April 2, 2007 (a copy of which is attached), and for good cause, it is

ORDERED that, if defendant desires to file a motion to withdraw his guilty plea (a possible interpretation of the letter), he may file such a motion through counsel on or before April 11, 2007.

DONE, this 4th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE