April 2, 2007

To: The Honorable Myron H. Thompson
    United States District Judge

From: Quintrell T. Martin

RECEIVED
2007 APR -3 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re: Cr. No. 2:06 CR 155-MHT

Judge Thompson,

I hope by the time this letter reaches you that you will be in the best of health and spirit. I've been thinking a lot about my situation and I don't understand why the government has singled me out. I respect the law, and I respect you for who you are and I've heard a lot of things about you.

I've been incarcerated since 7/28/04 for a crime that I was falsely accused of and on 5/15/06 the grand jury returned a <u>No Bill</u> on that case which was a State of Alabama case. My state probation officer notified the ATF and turned the case over to them and on 6/14/06 I was indicted on a 922(g) & 924(e). I have been in the Montgomery City Jail since the indictment.

Your Honor, there are over 200 Federal inmates in this jail, and I have talked to over

half of them, and I am the only person that the government is prosecuting and using juvenile convictions to make an Armed Career Offender. Your Honor, I think that this is selective prosecution. My lawyer does not understand this and neither do I.

    I am respectfully requesting that you look into this matter. Any consideration in granting my request will greatly be appreciated. I thank you for your time in this matter.

Respectfully,

Quintrell T. Martin