| GOVERNMENT'S EXHIBITS SENTENCING HEARING COMMENCED 4/19/07 | UNITED STATES OF AMERICA<br><br>v<br><br>QUINTRELL MARTIN<br>2:06cr167-MHT |
|---|---|
| | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 4/19/07 | 4/19/07 | 1 | Howell | X | State of Alabama Probation Officer's Report Social Evaluation |
| YES | 4/19/07 | 4/19/07 | 2 | | | Alabama Uniform Incident Offense Report |
| YES | 4/19/07 | 4/19/07 | 3 | | | Case Action Summary Sentencing Order CC-00-1140 (Continuation) |
| YES | 4/19/07 | 4/19/07 | 3A | | | Case Action Summary Sentencing Order CC-00-1140 |
| YES | 4/19/07 | 4/19/07 | 3B | | | Case Action Summary Sentencing Order CC-00-1140 (Continuation) |
| YES | 4/19/07 | 4/19/07 | 3C | | | Case Action Summary Sentencing Order CC-00-1140 (Continuation) |
| YES | 4/19/07 | 4/19/07 | 3D | | | Alabama Judicial Information System Case Action Summary CC-2000 1140 |
| YES | 4/19/07 | 4/19/07 | 4 | | | Alabama Judicial Information System Case Action Summary CC-98-135 |
| YES | 4/19/07 | 4/19/07 | 4A | | | Order Lowndes County CC 98-138 |
| YES | 4/19/07 | 4/19/07 | 4B | | | Indictment The State of Alabama, Lowndes County Circuit Court, August Term, 1998 |
| | | | | | | |
| | | | | | | |
| | | | | | | Exhibits in binder with case file |