2:06CR155-MHT

To the honorable Judge Myron Thompson. First I would like to thank you for taking the time out of your busy schedule to read this letter. My name is Quintrell Martin, and I was sentence in your courtroom on June 12, 2007 on the charge of felony in possesion of a firearm. The sentence that was imposed was 120 months. The reason that I'm sending you this letter is because I was to receive time off my sentence for any information that I provided to the state and federal government. I provided information to the federal government on several occasions, and I received nothing for this information. I testified in state court on a murder case were four defendents were involved. The first defendant that I testified on was found guilty and received a sentence of life without parole. One defendent received a sentence of 40 years, the other defendent that I testified against received a sentence of life. After I testified

in court my name was in the newspaper and on the local news. Since my testimony in court my family along with myself have received death threats on several occasions. I have placed my family and also my life in danger due to this matter. After I ~~had~~ done everything that I was asked to do, and everything that I told authorities that I could do the Government is only wanting to give me (1 year - 1½ years) off of my sentence. The government told me that I would receive a much greater departure than this if I assisted authorities to the fullest. Now that I'm still incarcerated in ~~the~~ state custody everything has changed without me knowing what's really going on. Your Honour I'm asking that I can be present when a motion or hearing is brought forth about this matter, so that I can plead my case.

The DA in the state case can tell you of what assistance I were to them.

Again, thanks your Honor for taking the time to read this letter.

thanks
Quintrell Martin