# Offices of
# Ellen Brooks
### District Attorney
## Fifteenth Judicial Circuit of Alabama



DARYL D. BAILEY
CHIEF DEPUTY DISTRICT ATTORNEY

RHONDA B. CAPE
ADMINISTRATIVE ASSISTANT

JERRY N. BLOODSWORTH
CHIEF INVESTIGATOR

MONTGOMERY COUNTY COURTHOUSE
251 SOUTH LAWRENCE STREET
P.O. BOX 1667
MONTGOMERY, ALABAMA 36102-1667

(334) 832-2550
FAX (334) 832-1615

August 6, 2007

Verne H. Speirs
Assistant United States Attorney
United States Attorney's Office
One Court Square, Suite 201
Montgomery, AL 36104

Re: Quintrell Martin

Dear Verne,

    As you know, I have been very busy during the beginning of this year with a series of murder cases which were very difficult for us to prosecute and were very important both to my office and the Montgomery Police Department, and I like to think to the community as a whole. This is a case in which the defendants left the victim's body in the woods and the victim was not discovered until more than two years later. The prosecution of these cases would have been difficult in the extreme, if not impossible, without the cooperation and assistance of one of your defendants, Quintrell Martin. He agreed to testify in trial against all four of the co-defendants with the understanding that after the cases were over that I would outline to you exactly what assistance he offered. Quintrell Martin testified at trial two times in the case of State v. Anthony Cowart (CC-06-1389), the first trial resulted in a hung jury, and in the second trial, Cowart was convicted. He also testified in the cases of State v. Michael Gray (CC-06-1394) which resulted in a conviction. The other two defendants plead guilty as charged. It is my opinion that the outcome of these trials may could well have been different without Quintrell Martin's assistance. Any consideration that he is due with the Federal Court system would be deserved.

Sincerely,

Scott Green
Deputy District Attorney

GOVERNMENT
EXHIBIT

CASE NO.

EXHIBIT NO. A