IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr155-MHT |
| QUINTRELL MARTIN | ) | |

### ORDER

Upon consideration of defendant Quintrell Martin's pro-se letter-motion to reduce sentence (doc. no. 56), it is ORDERED that the government and probation show cause, if any there be, in writing by November 9, 2007, as to why said motion should not be granted.

DONE, this the 2nd day of November, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE