IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL ACTION NO.
                              )     2:06cr155-MHT
QUINTRELL MARTIN              )

<u>ORDER</u>

It is ORDERED that the motion for reduction of sentence (doc. no. 57) is set for hearing on December 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

The clerk of the court is DIRECTED to arrange for court-appointed counsel to represent defendant Martin.

The government is DIRECTED to arrange for the presence of defendant Martin at the hearing.

DONE, this the 2nd day of November, 2007.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE