IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:06cr155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

### ORDER

_____ The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that Attorney Richard Kelly Keith be and is hereby appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 6th day of November, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE