

### UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE
# MEMORANDUM

*TO:*          The Honorable Myron H. Thompson, United States District Judge

*REPLY TO*
*ATTN OF:*     M. Stanford Robinson, United States Probation Officer

*SUBJECT:*     United States of America vs. Quintrell Martin
               Docket Number: 3:06CR155-MHT
               **ANSWER TO SHOW CAUSE ON DEFENDANT'S MOTION FOR
               REDUCTION OF SENTENCE**

*DATE:*        November 2, 2007


**COURT HISTORY:**  Quintrell Martin was sentenced on June 14, 2007, by this Honorable Court after having pled guilty to a violation of Felon in Possession of a Firearm.  He was sentenced to a one hundred and twenty month term of imprisonment with a three (3) term of supervised release

**MOTION REQUEST:**   The defendant has requested that his sentence be reduced.  This motion was filed on October 29, 2007.  Two later, on October 31, 2007, the government filed a motion under Rule 35 requesting that the defendant's sentence be reduced by eighteen months.  The probation office believes that the defendant and the government are requesting the same reduction.

**RECOMMENDATION:**  It is recommended that the government's motion be granted.  The probation office believes that any further reduction of the defendant's sentence would depreciate the seriousness of the defendant's actions in the instant offense in where he killed another individual in a reckless gun battle.


                              Respectfully submitted,

                              /s/ M. Stanford Robinson
                              M. Stanford Robinson
                              United States Probation Officer

Reviewed and Approved by:

 /s/ Scott Wright
Scott Wright
Supervisory U.S. Probation Officer