IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) |   2:06cr155-MHT |
| **QUINTRELL MARTIN** | ) | |

## ORDER

It is ORDERED that the motion for reduction of sentence (doc. no. 56) is set for hearing on December 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 14th day of November, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**