IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:06cr155-MHT |
| QUINTRELL MARTIN ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 64) is granted.

(2) The motions for reduction of sentence (Doc. Nos. 56 & 57) are reset for hearing on January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 16th day of November, 2007.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE