UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE SUSAN RUSS WALKER, UNITED STATES MAGISTRATE JUDGE:

 Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama a Rule 35 Motion for QUINTRELL MARTIN, aka Irvin Thomas Martin, now in custody of the Alabama Department of Corrections - Bibb County Correctional Facility, Brent, AL, and that said cause is set for a hearing at 10:00 a.m. on January 24, 2008, before this Honorable Court to be held at Montgomery, Alabama.

 WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections - Bibb County Correctional Facility, Brent, AL, commanding them to deliver said prisoner, QUINTRELL MARTIN, aka Irvin Thomas Martin, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

 Respectfully submitted this 19th day of November, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Verne H. Speirs
                VERNE H. SPEIERS
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, Alabama 36104
                (334) 223-7280 (334) 223-7138 Fax
                verne.speirs@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIERS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280    (334) 223-7138 Fax
verne.speirs@usdoj.gov