UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed November 19, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections - Bibb County Correctional Facility, Brent, AL, commanding them to deliver the said prisoner, QUINTRELL MARTIN, aka Irvin Thomas Martin, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for Rule 35 Hearing at 10:00 a.m. on January 24, 2008, and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of November, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE