IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | |
| v.    ) | Case No.   2:06-cr-0155-MHT |
| )  | |
| QUINTRELL MARTIN,    ) | |
| )  | |
| Defendant.    ) | |

## MOTION TO RESET JANUARY 24, 2008 HEARING

COMES NOW, the defendant, Quintrell Martin, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to reset the January 24, 2008 hearing in this matter.

As grounds in support thereof, the following is stated:

1. The above-styled cause is presently set for a motion hearing on January 24, 2008.

2. The undersigned attorney has a previously scheduled trial set to commence on January 24, 2008 in the Juvenile Court in Montgomery County (Case No. 03JU200700023302P).

3. Verne Speirs, Assistant United States Attorney, has been contacted and does not object to resetting the motion hearing in this matter.

WHEREFORE, premises considered, the defendant moves this Honorable Court to reset the January 24, 2008 hearing.

Respectfully submitted this 5th day of December, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**