IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr155-MHT |
| QUINTRELL MARTIN | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to reset (doc. no. 68) is granted.

(2) The motions for reduction of sentence (Doc. Nos. 56 & 57) are reset for hearing on January 23, 2008, at 2:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 5th day of December, 2007.

            /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE