UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

## O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed November 19, 2007 (Doc. # 67), and in view of the order resetting the hearing in this matter to January 23, 2008 (Doc. # 69), it is

ORDERED that the motion is GRANTED as follows:  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections - Bibb County Correctional Facility, Brent, AL, commanding them to deliver the said prisoner, QUINTRELL MARTIN, aka Irvin Thomas Martin (AIS # 207-449), to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for Rule 35 Hearing at 2:00 p.m. on January 23, 2008, and to return said prisoner to said official when the Court has finished with him.

Done, this 28th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE