IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06cr155-MHT |
| | ) |
| QUINTRELL MARTIN | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  THE WARDEN AND/OR KEEPER OF THE  **BIBB COUNTY CORRECTIONAL FACILITY**
     AT  **BRENT, ALABAMA**

and

TO:  THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
     OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **QUINTRELL MARTIN**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **2FMJ** of said Court, in the City of **MONTGOMERY**, on **1/23/08**, at **2:00 P.M.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the **28TH** day of DECEMBER, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk