```
           IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

<u>UNITED STATES' SECOND UNOPPOSED MOTION
TO CONTINUE RULE 35 HEARING</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that this Honorable Court continue the hearing currently set for January 23, 2008. In support of this motion, the Government would show the following:

1. Martin was sentenced by this Honorable Court to 120 months imprisonment for his unlawful possession of firearms. The United States petitioned this Honorable Court to reduce Martin's sentence by 18 months, pursuant to Rule 35(b), *Federal Rules of Criminal Procedure*.

2. Martin has recently assisted the State of Alabama by testifying for the prosecution in a number of cases. These prosecutions have resulted in convictions. Currently, this Honorable Court has scheduled January 23, 2008, to consider the government's motion to reduce Martin's sentence. The government was granted an earlier continuance because undersigned counsel was recovering from hip replacement surgery.

3. Very recently, undersigned counsel learned he was selected to attend training at the National Advocacy Center in Columbia,

South Carolina, on Title III wire intercepts. This training is scheduled to begin January 23, 2008. The undersigned submits that training for Title III wire intercepts is not regularly offered. Indeed, undersigned counsel has been awaiting training on this sensitive investigative technique for over a year. Furthermore, undersigned has recently been assigned duties that make proper training on Title III wire intercepts critical to job performance.

    4. The important nature of the training scheduled for January 23, 2008, is the only reason the undersigned is seeking a continuance of this matter. The undersigned assures this Honorable Court that the government does not seek any intentional delay of this matter.

    5. Considering Mr. Martin's significant criminal history and the nuances of his plea agreement, the United States respectfully requests that the hearing currently set for January 23, 2008, be rescheduled to a time convenient for the Court. The undersigned attorney has discussed this matter with defense counsel, Mr. Richard Keith. Mr. Keith has no opposition to this motion to continue.

    Respectfully submitted this the 15th day of January, 2008.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      s/ Verne H. Speirs
                                      VERNE H. SPEIRS
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Telephone: (334) 223-7280
                                      Fax: (334) 223-7138
                                      E-mail: Verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-155-MHT |
| | ) | |
| QUINTRELL MARTIN | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      s/ Verne H. Speirs
                                      Verne H. Speirs
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Telephone: (334) 223-7280
                                      Fax: (334) 223-7138
                                      E-mail: <u>verne.speirs@usdoj.gov</u>