IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr155-MHT |
| **QUINTRELL MARTIN** | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 73) is granted.

(2) The motions for reduction of sentence (Doc. Nos. 56 & 57) are reset for hearing on February 1, 2008, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 16th day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**