```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
       v.                    )   CR. NO. 2:06cr155-MHT
                             )
QUINTRELL MARTIN             )
```

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 5, 2007, this Court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

> a Heckler & Koch USP .40 caliber, semi-automatic pistol, bearing serial number 22-43466; and,
>
> a Ruger P95DC 9mm semi-automatic pistol, bearing serial number 313-75093.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Quintrell Martin had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for a final order of forfeiture (Doc. No. 76) is granted as follows:

1.   The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> a Heckler & Koch USP .40 caliber, semi-automatic pistol, bearing serial number 22-43466; and,
>
> a Ruger P95DC 9mm semi-automatic pistol, bearing serial number 313-75093;

2.   All right, title and interest to the firearms described above are hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4.   The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 23rd day of January, 2008.

```
                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE
```