IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   2:06-cr-0155-MHT |
| | ) |
| **QUINTRELL MARTIN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of defendant's motion for issuance of subpoenas (Doc. # 78), filed January 24, 2008, in connection with the February 1, 2008 reduction of sentence hearing in the above-styled cause, and for good cause, it is

**ORDERED** that the motion be and hereby is GRANTED.  The requested subpoenas shall be issued for the presence of the following named persons to testify at trial:

      1.   **Calvin Williams, Asst. District Attorney**
      2.   **Scott Green, Asst. District Attorney**

**IT IS HEREBY ORDERED** the cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

DONE, this 25th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE