IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:06cr155-001-MHT |
| | * |
| QUINTRELL MARTIN, | * |
| | * |
|    DEFENDANT. | * |

### NOTICE OF APPEARANCE

      Comes now Quintrell Martin by and through undersigned Counsel, and files this is notice of appearance.

      Respectfully submitted,

            s/Susan G. James
            SUSAN G. JAMES
            Attorney at Law
            600 South McDonough Street
            Montgomery, Alabama 36104
            Phone: (334) 269-3330
            Fax: (334) 834-0353
            E-mail: sgjamesandassoc@aol.com
            Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S