Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 18, 2008

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number: 06-00155 CR-T-N

TO:  Susan Graham James

CC:  Debra P. Hackett

CC:  Quintrell Martin (11977-002)

CC:  Richard K. Keith

CC:  John T. Harmon

CC:  Verne H. Speirs

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 18, 2008

Susan Graham James
The Law Office of Susan G. James
600 S MCDONOUGH ST
MONTGOMERY   AL   36104-5812

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155  CR-T-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1.

11th Cir. R. 46-10(a) provides that "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c: District Court Clerk

DIS-1 (02-2008)