```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004448
Cashier ID: brobinso
Transaction Date: 03/27/2008
Payer Name: SUSAN JAMES
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SUSAN JAMES
 Case/Party: D-ALM-2-06-CR-000155-001
 Amount:          $455.00
--------------------------------
CASH
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```