Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

April 22, 2008

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155 CR-T-N

TO:    Mitchell Reisner

CC:    Debra P. Hackett

CC:    Susan Graham James

CC:    Richard K. Keith

CC:    John T. Harmon

CC:    Verne H. Speirs

CC:    Leura Garrett Canary

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2008

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155 CR-T-N

TRANSCRIPT DUE:  May 8, 2008

(30 days from appellant's certification)

We have not received your acknowledgement of the enclosed transcript order form and certification of completion of financial arrangements.  We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c:  District Court Clerk
   Counsel of Record

Encl.

RPTR-1 (03-2004)