Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY   AL   36104-4055

May 12, 2008

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155 CR-T-N

TO:   Mitchell Reisner

CC:   Debra P. Hackett

CC:   Susan Graham James

CC:   Richard K. Keith

CC:   John T. Harmon

CC:   Verne H. Speirs

CC:   Leura Garrett Canary

CC:   Hon. Myron H. Thompson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2008

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 08-10854-G**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155 CR-T-N

TRANSCRIPT DUE DATE: May 8, 2008

10% DISCOUNT REQUIRED FOR FILING AFTER: June 9, 2008

The clerk of the district court informs me that the transcript in the referenced appeal has not been filed.  According to our records, this transcript was due to be filed on the date shown above.  Under the Court Reporter Management Plan for your district, unless an extension of time has been approved by the clerk of this court and a waiver has been given, the total charge for this transcript is required to be discounted.  The date on which a 10% discount is/was required is shown above.  Thirty days after that date an additional discount is required to be taken (total of 20%).  We request that you file this transcript immediately or complete an extension form indicating the date by which this transcript will be filed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

c:  District Court Clerk
    Counsel of Record

Encl.

RPTR-2 (03-2004)