Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

September 10, 2008

**Appeal Number: 08-10854-GG**
Case Style: USA v. Quintrell Martin
District Court Number:  06-00155 CR-T-N

TO:  Debra P. Hackett

CC:  Susan Graham James

CC:  Verne H. Speirs

CC:  Sandra J. Stewart

CC:  Richard K. Keith

CC:  John T. Harmon

CC:  Leura Garrett Canary

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10854-GG**
Case Style: USA v. Quintrell Martin
District Court Number: 06-00155 CR-T-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Richardson (404) 335-6176

Encl.

DIS-2A (03-2005)

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10854-GG**
Case Style: USA v. Quintrell Martin
District Court Number: 06-00155 CR-T-N

    The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4.

    The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

          Sincerely,

          THOMAS K. KAHN, Clerk

          Reply To: Tonya Richardson (404) 335-6176

Encl.

DIS-2A (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-10854-GG

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUINTRELL MARTIN,

Defendant-Appellant.

---------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
---------------------------

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-1(b), this appeal is hereby dismissed

for want of prosecution because the appellant has failed to

file the Appellant's Brief corrections & Record Excerpt

corrections within the time fixed by the rules, effective this

10th day of September, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  /s/Tonya Richardson
Tonya Richardson
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit.

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40
5/91