UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL CASE NO. |
| v. | ) | 2:06cr155-MHT |
| | ) | (WO) |
| QUINTRELL MARTIN | ) | |

## RECOMMENDATION

After consultation with the Reentry Team, the Probation Office recommends that **QUINTRELL MARTIN** be accepted into the Reentry Program of the Middle District of Alabama.

DATED this 2nd day of February, 2016.

/s/ Kevin Poole
Senior U. S. Probation Officer

## **ORDER**

Upon the recommendation of the Probation Office, defendant **QUINTRELL MARTIN** is ordered into the Reentry Program, effective February 26, 2016, subject to the rules, conditions and requirements of said Program. The case will remain assigned to the undersigned judge.

DONE, this the 16th day of February, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE